UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61969-RUIZ/STRAUSS

**MODEAN KHAN**,

    Plaintiff,

v.

**BRIGHTSTAR PROPERTY MAINTENANCE SERVICES, INC.**,

    Defendant.

_____/

## ORDER SETTING SETTLEMENT CONFERENCE

THIS CAUSE has been referred to the undersigned for a settlement conference (DE 4). It is hereby **ORDERED AND ADJUDGED** that a **SETTLEMENT CONFERENCE** in this matter will be held before the undersigned commencing at **9:00 a.m.** on **DECEMBER 14, 2020**. The parties shall submit Confidential Settlement Statements by **DECEMBER 7, 2020** (see ¶ 3 below). In accordance with Administrative Order No. 2020-76, the Settlement Conference shall be conducted by **VIDEO CONFERENCE**.

To accommodate the Court's identification of participants and to provide backup communication ability with counsel during the settlement conference, the parties' counsel shall submit by **email** to Judge Strauss' Chambers (strauss@flsd.uscourts.gov) **by DECEMBER 7, 2020**, the names of all participants for their respective sides, along with the email addresses and telephone numbers for those participants.

The undersigned now issues the following additional instructions:

1. The Settlement Conference shall be attended by all parties, corporate representatives and their counsel of record. Each side shall have a party representative present with full authority to negotiate and finalize any settlement agreement reached. Failure of a party representative with full and final authority to make and accept offers of settlement to attend this

Settlement Conference may result in the undersigned's *sua sponte* recommendation that sanctions be entered against the offending party.

2. In the event that a monetary settlement would be payable from proceeds of an insurance policy, a claims professional/representative(s) from the party's insurer with full and final authority to authorize payment to settle the matter up to the full limits of the party's policy(s) or the most recent demand, whichever is lower, shall also be present.

3. On or before **December 7, 2020**, the parties shall each submit (via email to strauss@flsd.uscourts.gov) a Confidential Settlement Statement of no more than seven (7) pages, double-spaced, setting forth the following information: (a) background regarding the parties and the relationship between the parties, including the potential for a continued relationship post-litigation (if an employee/employer relationship existed, the background shall include, without limitation, the role and duties of the employee, the length of the relationship, and whether the employee is still employed, or could be rehired by, the employer); (b) a candid evaluation of the strengths and weaknesses of the party's case; (c) a candid evaluation of the party's "best day" and "worst day" in court (including estimates of what the party may owe, through trial, for its own attorney's fees and the opposing party's attorney's fees, if applicable); (d) the party's position on settlement; (e) the results of any previous settlement negotiations; (f) whether there may be any difficulty in collecting to satisfy any judgment; and (g) any other information that may be helpful in working towards a fair settlement. In a case involving a fee-shifting statute or contractual fee provision, any party seeking fees must include a statement of the amount of fees sought, including the hourly rate and number of hours expended to the date of submission. The failure to include a statement of attorney's fees may result in the undersigned's sua sponte recommendation that sanctions be entered against the party and/or the attorney.

4. In some, but not all, cases, the Court may give each party approximately five (5) minutes to make an opening statement at the beginning of a Settlement Conference. Because the Court will not be making any rulings at the Settlement Conference, the Court encourages each party to view this opening statement as an opportunity to communicate relevant information or positions to the opposing party, rather than as a means of convincing the Court of the legal or factual correctness of its positions.

5. The Settlement Conference will not be continued absent a written motion and a showing of compelling circumstances.

6. In the event this matter settles prior to the scheduled Settlement Conference, the parties shall immediately advise the undersigned's chambers. Written confirmation of a settlement that is signed by all parties shall also be sent to chambers at strauss@flsd.uscourts.gov.

7. The Settlement Conference shall be conducted without a court reporter and will not be recorded. All representations and statements made at the Settlement Conference shall remain confidential.

8. The parties are notified that the Court does not provide interpreter services in civil cases. In the event that a party or corporate representative does not speak fluent English, that party must arrange for the attendance of an interpreter.

9. Counsel will receive an email from the Court containing an invitation to the settlement conference. The invitation will include a link to "Join ZOOM Meeting" as well as a Meeting ID and Password.

10. Participants should join the ZOOM Meeting by no later than **8:45 a.m.** on the date of the settlement conference to test their system.

11. Participants may click the link in the invitation to join at the appropriate time. Alternatively, participants may join the settlement conference without clicking on the invitation link by going to https://zoom.us/join on any browser or to the ZOOM app on a tablet or smartphone and entering the Meeting ID and, when prompted, the Password provided by the Court. If participants have not already downloaded the Zoom app and their device requires it, they may be instructed to download it at this time. Participants should ensure that they have downloaded the necessary app prior to the date of the settlement conference.

12. Participants will have an opportunity to test their audio by clicking on "Test Computer Audio." Once satisfied that their audio works, participants should click on "join audio by computer."

13. The Host will place participants in the "waiting room" until the settlement conference begins.

14. Participants should mute themselves when not speaking.

15. Additional information and instructional videos are available at the ZOOM Help Center: https://support.Zoom.us/hc/en-us. Also, system testing in advance of the settlement conference is available at: https://zoom.us/test.

16. Sanctions may be imposed for failure to follow any of the requirements of this Order.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of November 2020.

*Jared Strauss*
Jared M. Strauss
United States Magistrate Judge

Copies to counsel of record via CM/ECF