**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-CV-61969-RUIZ/STRAUSS

MODEAN KHAN,

    Plaintiff,

vs.

BRIGHTSTAR PROPERTY
MAINTENANCE SERVICES, INC.,
a Florida Corporation,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

The parties, by and through their undersigned counsel, notify the Court that this matter has been settled. The appropriate settlement and dismissal documents are being prepared and it is expected that the parties will submit the same to the Court within the next 10 days.

Respectfully submitted on December 7, 2020,

| | |
|---|---|
| */s/Robert S. Norell, Esq.* | */s/Joshua M. Entin, Esq.* |
| Robert S. Norell, Esq. | Joshua M. Entin, Esq. |
| Fla. Bar No.: 996777 | Fla. Bar No.:493724 |
| E-Mail: rob@floridawagelaw.com | E-Mail: josh@entinlaw.com |
| **ROBERT S. NORELL, P.A.** | **ENTIN LAW GROUP, P.A.** |
| 300 NW 70th Avenue, Suite 305 | 633 S. Andrews Avenue |
| Plantation, FL 33317 | Suite 500 |
| Telephone: (954) 617-6017 | Ft. Lauderdale, Florida 33301 |
| Facsimile: (954) 617-6018 | Telephone: (954) 761-7201 |
| *Counsel for Plaintiff* | Method of Service: CM/ECF |
| | *Counsel for Defendant* |

## Certificate of Service

  I hereby certify that a true and correct copy of the foregoing was served in the manner indicated below on December 7, 2020 on all counsel or parties of record appearing on the Service List below.

By:  */s/ Robert S. Norell*
    Robert S. Norell, Esq.

## Service List
CASE NO. 20-CV-61969-RUIZ/STRAUSS

| | |
|---|---|
| Robert S. Norell, Esq. | Joshua M. Entin, Esq. |
| E-Mail: rob@floridawagelaw.com | E-Mail: josh@entinlaw.com |
| **ROBERT S. NORELL, P.A.** | **ENTIN LAW GROUP, P.A.** |
| 300 N.W. 70th Avenue | 633 S. Andrews Avenue |
| Suite 305 | Suite 500 |
| Plantation, Florida 33317 | Fort Lauderdale, Florida 33301 |
| Telephone: (954) 617-6017 | Telephone: (954) 761-7201 |
| Facsimile: (954) 617-6018 | *Counsel for Defendant* |
| *Counsel for Plaintiff* | Method of Service: CM/ECF |