## FLSA SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release ("Agreement") is entered into between MODEAN KHAN ("Khan" or "Plaintiff") and BRIGHTSTAR PROPERTY MAINTENANCE SERVICES, INC. ("Brightstar" or "Defendant") (collectively, the "Parties"), in connection with the claims raised by Khan in the lawsuit *Modean Khan v. Brightstar Property Maintenance Services, Inc.* – S.D. Fla. Case No. 20-cv-619969-RAR/STRAUSS, pending in the United States District Court for the Southern District of Florida (the "Lawsuit").

WHEREAS, Khan has asserted a claim for unpaid federal minimum wage and overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (the "FLSA");

WHEREAS, Brightstar disputes any liability or responsibility on its behalf, or on behalf of its respective agents, for the claims raised in the Lawsuit; and

WHEREAS, the Parties desire and intend hereby to avoid continued litigation and to resolve these disputes; and

WHEREAS, the execution of the Agreement is not to be construed as an admission of liability on the part of Brightstar nor a retractment of the allegations made by Khan; and

WHEREAS, the Parties have consulted with their respective counsel concerning the claims that have been asserted in the lawsuit and the provisions of this Agreement.

NOW, THEREFORE, for and in consideration of the mutual covenants, representations, covenants and warranties recited hereinbelow, the parties do hereby agree as follows:

### 1. Payment

1.1    Within thirty (30) calendar days from the date of Court approval of this Agreement, Brightstar agrees to pay and Kahn agrees to accept in full accord and satisfaction of his FLSA claim, the sum of Four Thousand Six Hundred and Two Dollars and 14/100 Cents (**$4,602.14**),



1

plus payment of his attorney's fees and costs, the sufficiency of which is hereby acknowledged. These Settlement Proceeds shall be payable as follows:

a. One check for Two Thousand Three Hundred and One dollars and 07/100 Cents (**$2,301.07**) payable to Modean Kahn for unpaid wages. This payment shall be subject to appropriate withholdings, and Kahn shall be issued a Form W-2 by Employer for this calendar year.

b. A second check for FLSA liquidated damages for Two Thousand Three Hundred and One dollars and 07/100 Cents (**$2,301.07**) payable to Modean Kahn for which a Form 1099 will be issued.

c. A third check for Four Thousand dollars and 00/100 Cents (**$4,000.00**) payable to Robert S. Norell P.A., for attorney' fees and costs, for which a Form 1099 will be issued.

d. **Payment Default**. Should Defendant fail to make any payment of the Settlement Proceeds as described above, or should any of the checks be returned for non-sufficient funds or any other reason, Kahn's counsel shall give written notice via e-mail to Defense Counsel, Joshua Entin, Esq., at josh@entinlaw.com. Kahn shall notify Defendant through counsel of any breach of this agreement. Defendant shall have five (5) calendar days to analyze and cure such breach, provided the proper written notice is given. In the event that Defendant fails to cure said breach within five (5) calendar days of receiving written notification via e-mail, then a final default judgment shall be entered against Defendant for any due and owing Settlement Proceeds plus any attorney's fees incurred in enforcing this agreement.

## 2. Dismissal of the Lawsuit and Release of FLSA and Related Claims

2.1   It is the intention of the Parties that Kahn's Lawsuit, which includes FLSA claims for unpaid minimum wages and unpaid overtime, shall be dismissed with prejudice.

2.2   Since Kahn has raised a claim for unpaid wages under the FLSA, the Parties shall execute and file with the Court a Joint Motion for Approval of Settlement and for Dismissal of the Lawsuit with Prejudice, and shall provide a copy of this Agreement to the Court in the Lawsuit for review. Each party shall bear its own attorneys' fees and costs except as otherwise set forth in this Agreement. If the Court in the Lawsuit does not approve this Agreement and dismiss the lawsuit with prejudice, this Agreement shall be deemed void.

2.3   Kahn forever settles, releases, compromises, reaches accord and satisfaction, waives, remises, discharges and acquits Brightstar along with its successors, purchasers, subsidiaries, assigns, affiliates or parents, and the officers and directors, attorneys, agents and employees of any of them (collectively the "Released Parties"), of any claims Kahn has or may have against the Released Parties for unpaid overtime, unpaid minimum wages, attorney's fees, costs, and any claims for violations of the FLSA and/or the Florida Minimum Wage Act, and any other federal, state or local law that provides relief for unpaid wages.

[SIGNATURES ON NEXT PAGE]



3

_____
MODEAN KAHN

12/29/2020
_____
DATE


By: _____
BRIGHTSTAR PROPERTY MAINTENANCE SERVICES, INC.

12 . 29 . 20
_____
DATE